IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| GARRET T. ARMSTRONG,<br><br>Plaintiff,<br><br>vs.<br><br>VALERO RENEWABLE FUELS COMPANY, LLC,<br><br>Defendant. | ) | Case No.:<br><br><br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

**COMES NOW** the Defendant Valero Services, Inc., incorrectly named herein as Valero Renewable Fuels Company, LLC ("Valero"), for its Notice of Removal and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Fed. R. Civ. P. 81, and Local Rule 81, and states as follows:

1. On or about November 20, 2023, the above-entitled action was filed in the Iowa District Court for Webster County, and is pending there as No. LACV 322913. The District Court for the Northern District of Iowa, Central Division, embraces Webster County, Iowa, the place where the action is pending, such that removal to this division within this judicial district is appropriate.

2. A copy of the Petition With Out Jury Demand Religious Discrimination ("Petition"), is attached to this Notice of Removal within Exhibit A.

3. On December 13, 2023, Valero accepted service of the Petition. This Notice of Removal is filed with this Court within 30 days after Valero's receipt of the Petition. *See* 28 U.S.C. § 1446(b)(1).

4. As of January 2, 2024, the date of this Notice of Removal, there are no pleadings or other papers filed in the state court proceeding, other than those attached to the Notice of Removal as Exhibit A. *See* § 1446(a); LR 81(a)(1).

5. There have been no further proceedings in the Iowa District Court for Webster County, and there are no matters pending in the Iowa District Court for Webster County which will require resolution by this Court. *See* LR 81(a)(2).

6. The undersigned attorney for Defendant Valero has not appeared and will not appear in the state court action, except to file a notice to state court of removal. *See* 28 U.S.C. § 1446(d). The following Plaintiff has appeared *pro se* in the state court action. *See* LR 81(a)(3):

Garret Tracy Armstrong
1007 South 22nd Street
Fort Dodge, IA 50501
Keeb.ga@gmail.com
Telephone: (515) 900-6444 (Text only)

7. This case falls within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331, because Plaintiff's Petition alleges claims arising under the laws of the United States. Specifically, Plaintiff seeks relief under, "Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e to 2000e-17 (religion)."

8. Plaintiff's remaining state law claims fall within the Court's supplemental jurisdiction under 28 U.S.C. § 1367, because the claims are part of the same case or controversy as the federal claim.

9. Nothing in this Notice of Removal is or shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defense or affirmative defense, which rights, defenses, and affirmative defenses Defendant specifically reserves, including, but not limited to, the defenses of: (1) failure to state a claim; or (2) any other defense available under state or federal statutes, or otherwise.

10. A copy of the original Notice of Removal is being filed in the Iowa District Court for Webster County. *See* 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant Valero Services, Inc., incorrectly named herein as Valero

Renewable Fuels Company, LLC ("Valero") gives notice that the above-entitled action is removed from the Iowa District Court for Webster County to the United States District Court for the Northern District of Iowa, Central Division.

Date: January 2, 2024 Respectfully submitted,

By: */s/ Mollie Pawlosky*

Mollie Pawlosky, AT006198
Nicole Proesch, AT0006295
OF
DICKINSON, BRADSHAW, FOWLER & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3986
Telephone: (515) 244-2600
FAX: (515) 246-4550
mpawlosky@dickinsonlaw.com
nproesch@dickinsonlaw.com

ATTORNEYS FOR DEFENDANT VALERO SERVICES INC. (incorrectly named as Valero Renewable Fuels Company, LLC)

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

Because Mr. Armstrong is not a participant in the CM/ECF system, I served Mr. Armstrong a copy of the document and the notice of electronic filing by both email and by first-class mail. I sent a copy of the foregoing document and the notice of electronic filing to Mr. Armstrong at the following street address, and I also sent a copy of the document and the notice to the following email address:

Garret Tracy Armstrong
1007 S 22nd Street
Fort Dodge, IA 50501
Keeb.ga@gmail.com

/s/ Mollie Pawlosky
Mollie Pawlosky